THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGE VERKLER,

        Petitioner,

    v.

UNITED STATES OF AMERICA,

        Respondent.

CASE NO. C17-1867-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion requesting an extension of time to answer Petitioner's Section 2255 Petition (Dkt. No. 6).[1] Given the scope and nature of the remaining claims in Mr. Verkler's petition, the Court finds good cause to GRANT the motion (Dkt. No. 6). However, the Court will grant only a 30-day extension. The deadline for the Government to answer Mr. Verkler's petition is hereby EXTENDED to April 16, 2018.

//

//

---

[1] The Court notes that this motion has not yet noted. The Court finds it appropriate to make a ruling at this time because a response will not change the Court's analysis, and a timely ruling will allow the Government to take full advantage of the limited extension granted.

MINUTE ORDER
C17-1867-JCC
PAGE - 1

1       DATED this 8th day of March 2018.

2                                                 William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1867-JCC
PAGE - 2