THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE VERKLER, | CASE NO. C17-1876-JCC |
| Petitioner, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

This matter comes before the Court on Petitioner's motion titled "objections to judge's illegal 2255 rulings and criminal acts and request for an impartial judge" (Dkt. Nos. 16, 17). Having thoroughly considered Petitioner's motion and the relevant record, the Court hereby DENIES the motion for the reasons explained herein.

Petitioner's motion appears to be an attempt to appeal the Court's prior order denying his § 2255 petition. (*See* Dkt. Nos. 16, 17.) However, because Petitioner cannot appeal that order without a certificate of appealability, *see* 28 U.S.C. § 2253(c)(1)(B), the Court construes Petitioner's motion as an application for a certificate of appealability. A certificate of appealability may issue only where a petitioner has made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This is satisfied "by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed

1 further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). The Court has already considered
2 whether Petitioner is entitled to a certificate of appealability and declined to grant one. (*See* Dkt.
3 No. 11 at 5.) Therefore, Petitioner's motion (Dkt. Nos. 16, 17) is DENIED.

4 DATED this 8th day of April 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE