THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEORGE VERKLER, | CASE NO. C17-1876-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter is before the Court on Petitioner's motion to appoint counsel (Dkt. No. 25.) This Court's May 2020 order denying Mr. Verkler's motion for default judgment contains the relevant factual background. (Dkt. No. 22.) Mr. Verkler appealed that order (Dkt. No. 23), and the Ninth Circuit refused to grant a certificate of appealability, (Dkt. No. 26). The Ninth Circuit also denied Mr. Verkler's motion for reconsideration, advising that it would not entertain any further filings from him in that appeal. (Dkt. No. 27.)

While that appeal was pending, Mr. Verkler filed the instant motion. (Dkt. No. 25.) The motion repeats many of Mr. Verkler's previously rejected arguments. (*Compare id.*, *with* Dkt. No. 8 at 23–26, Dkt. No. 16 at 14–16, *and* Dkt. No. 21 at 3, 6.) To the extent Mr. Verkler raises new arguments, the Court has reviewed them and determined that they lack merit.

For these reasons, Mr. Verkler's Motion to Appoint Counsel (Dkt. No. 25) is DENIED. It is further ORDERED that the clerk TERMINATE Mr. Verkler's third supplement to his underlying § 2255 motion (Dkt. No. 28). The Court will not entertain any further filings from Mr. Verkler in this closed case.

DATED this 10th day of September 2021.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk

MINUTE ORDER
C17-1876-JCC
PAGE - 2